# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LINCOLN, | Case No. 2:24-cv-00277-TLN-CSK |
| Plaintiff, | District Judge: Troy L. Nunley |
| v. | **JUDGMENT** |
| NISSAN NORTH AMERICA, INC.; and DOES 1 through 10, inclusive | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff HEATHER LINCOLN ("Plaintiff") accepted NISSAN NORTH AMERICA, INC.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 June 13, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $65,000.00, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

DATED: June 24, 2024

Troy L. Nunley
United States District Judge